**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LAUREN RACHEL GLASS and
ROY L. GLASS,

Plaintiffs,

v. CASE NO: 8:12-cv-2405-T-26TGW

CITY OF SAINT PETERSBURG, FLORIDA,
and MISTY SWANSON,

Defendants.
_____________________________________/

**O R D E R**

Upon due and careful consideration of the procedural history of this case, together with the parties' recent submissions, it is ordered and adjudged that Plaintiffs' Motion for Order of Voluntary Dismissal of Count V (Dkt. 10) is denied. Upon further reflection, the Court directs Plaintiffs to file a repleaded complaint on or before November 23, 2012, in which they are free to eliminate their federal cause of action under 42 U.S.C. § 1983. If they do so, they may simultaneously file a renewed motion to remand based on the same arguments raised in their pending motion to remand.[1] In light of this determination, Plaintiffs' pending Motion to Remand (Dkt. 13) is denied without prejudice as moot.

---

[1] Plaintiffs' counsel is under the mistaken impression that he had until November 26, 2012, within which to file a motion to remand. Contrary to Plaintiffs' counsel's understanding, the notice of removal was filed with this Court on October 24, 2012, and not October 26, 2012. See docket 1. Consequently, any renewed motion to remand must be filed within thirty (30) days of October 24, 2012, or no later than Friday, November 23, 2012.

Defendants shall file a response to Plaintiffs' repleaded complaint within ten (10) days of service. If Plaintiffs file a renewed motion to remand, Defendants shall file an expedited response to the renewed motion within ten (10) days of service.

**DONE AND ORDERED** at Tampa, Florida, on November 20, 2012.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record